

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-23-00369-CV

---

KAREN MOLINA THOMPSON, Appellant

V.

JOHN DEERE CONSTRUCTION & FORESTRY COMPANY AND DEERE
CREDIT SERVICES, INC. D/B/A JOHN DEERE FINANCIAL, Appellees

---

On Appeal from County Court at Law No. 2
Wichita County, Texas
Trial Court No. CCL2-CV2021-2429-1

---

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On February 26, 2024 and March 18, 2024, we notified appellant that her brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: April 18, 2024